■ In the Matter of DEBORAH HICKS, Appellant, v DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. [33 NYS3d 897]—

Judgment, Supreme Court, New York County (Peter H. Moulton, J.), entered April 14, 2015, denying the petition to annul respondent Department of Education's determination, which upheld petitioner's unsatisfactory annual performance review rating (U-rating) for the 2010-2011 school year, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner failed to show that the U-rating was arbitrary and capricious, or made in bad faith. The evidence demonstrated that the U-rating was based on alleged incidents of misconduct that were substantiated after an investigation conducted by a neutral third party (*see Matter of Richards v Board of Educ. of the City Sch. Dist. of the City of N.Y.*, 117 AD3d 605 [1st Dept 2014]; *Matter of Murnane v Department of Educ. of the City of N.Y.*, 82 AD3d 576 [1st Dept 2011]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Andrias, Webber and Gesmer, JJ.